

hereby granted to the extent that Ms. Gauri Nautiyal may appear as a law student under the supervision of Mr. Gifford on behalf of Amicus Curiae, The University of Oklahoma College of Law, in support of Appellee, that she may file an Amicus brief in support of Appellee, and that she is allotted 10 minutes to present oral argument.

No. 12–0644/AR. U.S. v. Jayson J. Wall. CCA 20100174. Appellee's motion to attach authenticated transcript of the post–trial Article 39(a), UCMJ, session in response to the Court order is granted.

No. 12–0048/AR. U.S. v. Bobby D. James. CCA 20081163. Review granted on the following issue:

> WHETHER APPELLANT SUFFERED MATERIAL PREJUDICE TO A SUBSTANTIAL RIGHT AS A RESULT OF THE GOVERNMENT FAILURE TO ALLEGE THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ, IN CHARGE II AND ITS SPECIFICATION.

The decision of the United States Army Court of Criminal Appeals as to the Specification of Charge II and the sentence is reversed. *United States v. Humphries*, 71 M.J. 209 (C.A.A.F. 2012). The decision of that court as to the remaining charge and specifications is affirmed. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for further reconsideration in light of *Humphries*. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0684/MC. U.S. v. Antonio M. Castellano. CCA 201100248. Review granted on the following issue:

> IN *MILLER v. CALIFORNIA*, THE SUPREME COURT HELD THAT THE TRIER OF FACT MUST DETERMINE WHETHER JUDICIALLY–CREATED FACTORS THAT DISTINGUISH BETWEEN CONSTITUTIONALLY–PROTECTED AND CRIMINAL CONDUCT ARE SATISFIED. THE FACTORS IDENTIFIED IN *UNITED STATES v. MARCUM* ARE AN EXAMPLE OF SUCH FACTORS BUT THE LOWER COURT HELD THAT THE MILITARY JUDGE MUST DETERMINE WHETHER THE *MARCUM* FACTORS ARE SATISFIED. WHO DETERMINES WHETHER THEY HAVE BEEN SATISFIED?

Briefs will be filed under Rule 25.